# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RODNEY DAMON HARRIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-102

[July 1, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Mark T. Eissey, Judge; L.T. Case Nos. 502020CT003625AXXXNB and 502020AP000078AXXXMB.

Carey Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***